734 A.2d 1284

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Carl S. DAVIS, III, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Joseph C. Madenspacher, District Attorney, Susan E. Moyer, Asst. District Attorney, District Attorney's Office, for Com.

J. Richard Gray, Lancaster, for Carl S. Davis, III.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated January 28, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.